**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JIMMIE W. CHAVIS,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　Case No.  6:04-cv-1745-Orl-31JGG

**STEVE VINCENT BARONE d/b/a Steve Barone Construction,**

      **Defendant.**

_____

## ORDER

This cause comes before the Court on the Plaintiff's Motion for Default Judgment (Doc. No. 15) filed May 17, 2005.

On June 30, 2005, the United States Magistrate Judge issued a report (Doc. No. 21) recommending that the motion be granted. No objections have been filed.  Therefore, it is

**ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Motion for Default Judgment is **GRANTED**.

3. That the clerk is directed to enter Judgment in favor of the Plaintiff Jimmie W. Chavis against the Defendant Steve Vincent Barone in the total amount of **$9,263.00** which is as follows: $1925.00 in unpaid overtime, $1925.00 in liquidated damages, $2520.00 in unpaid regular wages, $2718.00 in attorney fees and $175.00 in costs.

4. The clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 20th day of July, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party