# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JIMMIE W. CHAVIS,**

           **Plaintiff,**

**-vs-**                                         **Case No. 6:04-cv-1745-Orl-31JGG**

**STEVE VINCENT BARONE**
d/b/a Steve Barone Construction,

           **Defendant.**

_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff, *Jimmie W. Chavis*, and against the Defendant, *Steve Vincent Barone d/b/a Steve Barone Construction*, for the total sum of $9,263.00 {$1,925.00 in unpaid overtime, $1,925.00 in liquidated damages, $2,520.00 in unpaid regular wages, $2,718.00 in attorneys fees and $175.00 in costs}.

Date:   July 21, 2005

                                              SHERYL L. LOESCH, CLERK

                                              s/ *M. Pleicones*, Deputy Clerk